## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| PHILLIP RACINE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2021L003685 |
| vs. | ) Sheriff Please Serve |
| | ) Menard, Inc. |
| MENARD, INC., | ) c/o Prentice Hall Corp., Reg Agent |
| | ) 801 Adlai Stevenson Drive |
| Defendant. | ) Springfield, IL 62703 |

### SUMMONS

**YOU ARE SUMMONED** and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the Clerk of this Court within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemption. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

WITNESS,

4/7/2021 8:45 PM IRIS Y. MARTINEZ

Clerk of Court
Date of service:
(To be inserted by officer on copy
left with defendant or other person)

| | |
|---|---|
| Name: | SUKHMAN \| YAGODA, LLP |
| Atty. for: | Plaintiff |
| Address: | 224 N. Desplaines St., #600 |
| City/State/Zip: | Chicago, IL 60661 |
| Telephone: | 312.897-1800 |
| ARDC No.: | 6270855 |
| Email: | ryan@sukhmanyagoda.com |



**IRIS MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**12-Person Jury**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED
4/7/2021 8:45 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
12871087

| | |
|---|---|
| PHILLIP RACINE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2021L003685 |
| ) | |
| MENARD, INC., ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, PHILLIP RACINE, JR., by and through his attorneys, SUKHMAN | YAGODA, and states the following for his Complaint at Law against the Defendant:

1. That on October 14, 2020, the Plaintiff was a customer at a retail store being maintained by the Defendant in Bridgeview, Illinois, Cook County, Illinois.

2. That at that time and place the Plaintiff was transacting business on the lower level near the escalator when another customer, who was coming down the escalator with construction materials on a cart, dropped certain construction materials that struck the Plaintiff.

3. That upon being struck by the falling construction materials, the Plaintiff injured his head, neck, and back.

4. That following this incident, the Plaintiff received epidural injections from a pain management physician that resulted in the Plaintiff being paralyzed.

5. That at the time and place referred to herein above the Defendant was guilty of one or more of the following negligent acts or omissions:

   a. Failed to prohibit a customer/customers from carrying construction materials down the escalator on a cart;

      b.      Allowed a customer/customers to transport construction materials down the escalator on a cart;

      c.      Relied upon a customer to transport construction materials down the escalator on a cart without assistance;

      d.      Failed to maintain a reasonably safe method for customers to transfer construction materials from the upper level to the lower level;

      e.      Failed to implement a reasonably safe method for customers to transfer construction materials from the upper level to the lower level; and

      f.      Failed to have a policy in place for the safe transfer of construction materials from the upper level to the lower level.

6.     That as a direct and proximate result of one or more of the foregoing negligent acts or omissions of the Defendant, the Plaintiff was caused to suffer serious and permanent injuries, disability, and loss of normal life; has incurred and will incur in the future, large medical bills; has sustained and will sustain in the future, severe pain and mental anguish and these injuries have and will otherwise interfere with the normal course of his life.

WHEREFORE, the Plaintiff, PHILLIP RACINE, JR., prays for judgment against the Defendant in an amount in excess of $50,000.00 to properly compensate him for the damages.

Respectfully submitted,

SUKHMAN | YAGODA

*Ryan E. Yagoda*

SUKHMAN | YAGODA
224 North Desplaines Street, Suite 600
Chicago, Illinois 60661
T: (312) 897 – 1800
F: (312) 897 – 1801
FIRM ID: 60290
ARDC No.: 6270855
ryan@sukhmanyagoda.com

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED
4/7/2021 8:45 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
12871087

PHILLIP RACINE, JR., )
 )
    Plaintiff, )
 )      2021L003685
vs. )  No.
 )
MENARD, INC., )
 )
    Defendant. )

### AFFIDAVIT OF DAMAGES
### SUPREME COURT RULE 222

**THE UNDERSIGNED** being first duly sworn upon oath, deposes and states that the money damages sought in this cause of action does exceed $50,000.00.

Respectfully submitted,

SUKHMAN | YAGODA

*Ryan E. Yagoda*

SUKHMAN | YAGODA
224 North Desplaines Street, Suite 600
Chicago, Illinois 60661
T: (312) 897 – 1800
F: (312) 897 – 1801
FIRM ID: 60290
ARDC No.: 6270855
ryan@sukhmanyagoda.com

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED
4/7/2021 8:45 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
12871087

PHILLIP RACINE, JR., )
)
Plaintiff, )
)
vs. ) No. 2021L003685
)
MENARD, INC., )
)
Defendant. )

## JURY DEMAND

**THE UNDERSIGNED** hereby demands a trial by Jury in the above matter.

Respectfully submitted,

SUKHMAN | YAGODA

*Ryan E. Yagoda*

SUKHMAN | YAGODA
224 North Desplaines Street, Suite 600
Chicago, Illinois 60661
T: (312) 897 – 1800
F: (312) 897 – 1801
FIRM ID: 60290
ARDC No.: 6270855
ryan@sukhmanyagoda.com